UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Emerald Road Project, LLC and Tech-Wood, LLC, ) | Civil Action No. 8:09-1350-HFF |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| Davis & Floyd, Inc. and Moore Wallace North ) | |
| America, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 14, 2009, defendant Moore Wallace North America, Inc. ("Moore Wallace") filed a motion to stay the deadlines in the above-captioned action until the Court rules on Moore Wallace's pending summary judgment motion. On October 15, 2009, defendant Davis & Floyd, Inc. ("Davis & Floyd") filed an opposition to Moore Wallace's motion. At the Court's direction, the parties held a conference in an attempt to resolve the motion and the parties have now done so.

The parties have agreed to stay the deadlines set forth in the First Amended Scheduling Order entered July 6, 2009 until the Court has ruled on Moore Wallace's summary judgment motion. The parties further have agreed that by November 13, 2009, Moore Wallace will respond to the interrogatories and requests for production Davis & Floyd served on Moore Wallace on August 20, 2009. Nothing in this Order limits the parties' rights to conduct additional discovery prior to this Court's ruling on Moore Wallace's summary judgment motion. However, the parties understand that Moore Wallace reserves its right to object to any additional discovery prior to the Court ruling on Moore Wallace's summary judgment motion.

For good cause shown and on consent of the parties, it is hereby ORDERED as follows:

1. The deadlines set forth in the First Amended Scheduling Order entered on July 6, 2009 are hereby stayed until the Court rules on defendant Moore Wallace's summary judgment motion. Within ten (10) days of the Court's entry of an order with respect to the summary judgment motion, the parties shall hold a conference and submit to the Court a revised scheduling order for the Court's consideration.

2. No later than November 13, 2009, Moore Wallace shall respond to Davis & Floyd's interrogatories and requests for production served on August 20, 2009.

3. Nothing in this Order limits the parties' rights to conduct additional discovery prior to this Court's ruling on Moore Wallace's summary judgment motion. However, Moore Wallace reserves its right to object to any additional discovery prior to the Court ruling on Moore Wallace's summary judgment motion.

    **s/Henry F. Floyd**
United States District Court Judge

Dated: October 21, 2009
Spartanburg, South Carolina